IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 7:25-cr-01187 |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| ZACHARY CHAPMAN, | ) | |
|   a/k/a "Blacc Zacc", | ) | |
| | ) | |
| DEQUADRY RAZOR, | ) | |
|   a/k/a "Fat Loc", | ) | |
| | ) | |
| MAURICE BYNUM, | ) | |
|   a/k/a "Reese", | ) | |
| | ) | |
| JAVON HAMILTON, | ) | |
|   a/k/a "Skeet", | ) | |
| | ) | |
| DYRON GLOVER, | ) | |
|   a/k/a "Bay Bay", | ) | |
| | ) | |
|                 Defendant(s). | ) | |

**DESIGNATION OF CASE AS COMPLEX
LITIGATION PURSUANT TO 18 U.S.C. § 3161(h)(7)(B)(ii)**

Before the Court is a motion by Defendant Zachary Chapman requesting this case be designated as complex under the Speedy Trial Act. [Doc. 175.] Defendants Razor, Bynum, Hamilton, and Glover consent to this motion, as does the Government. For the reasons stated herein, the Court grants the motion as to Defendants Chapman, Razor, Bynum, Hamilton, and Glover.

Title 18, United States Code Section 3161(h)(7)(B)(ii) enables the Court to schedule the trial of this case beyond the 70-day time limit of the Speedy Trial Act when ". . . the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is

unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section." The Court finds that this case is of such a nature as described in 18 U.S.C. § 3161 (h)(7)(B)(ii) that adequate preparation for trial by both sides cannot reasonably occur within the normal 70-day time limit mandated by the Speedy Trial Act.

This case involves a RICO conspiracy among eight defendants, three of whom are potentially death-eligible under the Federal Death Penalty Act ("FDPA"), and involves illegal activities including, but not limited to, drug trafficking, robbery, the use of firearms, retaliatory acts of violence, attempted murder in aid of RICO, conspiracy to commit murder in aid of RICO, and murder in aid of RICO. In a status conference held before the Court on December 4, 2025, the Court heard concerns from defense counsel present at the hearing regarding the sheer magnitude of the documents and audio/video files provided in discovery; the ability to download and search the files produced; the need for additional litigation assistance; and the logistics for reviewing relevant discovery with their respective clients.[1] The Government also represented that there was information from seized telephones that still needed to be processed and turned over. Both the Government and defense counsel present at the status conference agreed that this case should be designated complex.

Given the number of defendants, the length and nature of the conspiracy, and the existence of a massive number of documents and audio/video records, the motion to

---

[1] Counsel present at the status conference included: Chris Shoen and Jared Hernandez (for the Government); Derek Shoemake and Bill Nettles (Chapman); Cass Gorton (Simmons); Bradley Bennett (Bynum); Hank Ehlies (Hamilton); and Howard Anderson (Glover). Chapman, Hamilton, and Glover have been assigned "Learned Counsel" as they are considered potentially death-eligible in accordance with 18 U.S.C. § 924(j)(1).

designate the case as complex is GRANTED as to Defendants Chapman, Razor, Bynum, Hamilton, and Glover.  [Doc. 175.]  The Court certifies this case as "complex" under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii).  The Court specifically finds, based on the reasons set forth above, "that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial," as set forth in 18 U.S.C. § 3161(h)(7)(A).  Accordingly, the speedy trial clock is tolled until September 8, 2026.  This order shall be without prejudice to the right of newly arraigned defendants to seek relief from the provisions of this order.

    IT IS SO ORDERED.

s/ Jacquelyn D. Austin<br>United States District Judge

December 11, 2025  
Greenville, South Carolina